

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00262-CV

---

MURRIN BROTHERS 1885, LTD.
AND CONCHO MINICK,
INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF
BILLY BOB'S TEXAS
INVESTMENTS, LLC

APPELLANTS

V.

BILLY BOB'S TEXAS
INVESTMENTS, LLC, BRAD
HICKMAN IN HIS CAPACITY AS
TRUSTEE OF THE HOLT HICKMAN
IRREVOCABLE ASSET TRUST
AND THE BRAD HICKMAN TRUST,
BRENDA KOSTOHRYZ IN HER
CAPACITY AS TRUSTEE OF THE
BRENDA KOSTOHRYZ TRUST,
AND THE HOLT HICKMAN
IRREVOCABLE ASSET TRUST,
JOHN BILLS, CARLOS GREEN IN
HIS CAPACITY AS TRUSTEE OF
THE CARLOS A. GREEN TRUST,
BILLY MINICK, AARON JURY,
STEPHANIE PARK, AND HEATHER
VANTREASE

APPELLEES

-----------

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Unopposed Motion for Voluntary Dismissal of Interlocutory Appeal" and see no reason not to grant it. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay the costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: KERR, MEIER, and PITTMAN, JJ.

DELIVERED: September 28, 2017

---

[1]*See* Tex. R. App. P. 47.4.